# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.  4:19 CR 0833   JAR/JMB |
| | ) |
| **AARON UMEN,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter is before the Court on Defendant Aaron Umen's Motion to Modify Conditions of Release.  [ECF No. 13]  Defendant's motion is **GRANTED in part and DENIED in part** as further set forth below:

1. Defendant is authorized to travel with his family to Costa Rica from December 24, 2019 through December 31, 2019.  Defendant will contact his Pretrial Services Officer to obtain his previously surrendered passport.

2. Defendant must surrender his passport to the Pretrial Services Office in the Eastern District of Missouri no later than 12:00 p.m. on January 2, 2020.

3. All remaining conditions of release as set forth in the **November 22, 2019**, Order Setting Conditions Release shall remain in effect.

4. Defendant must next appear at the United States District Court, 111 South Tenth Street, St. Louis, Missouri, for a Pretrial Motion Hearing at a time and date to be determined, before Judge Bodenhausen.

SO ORDERED:

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of November, 2019.